Michael O. DEVAUGHN, a/k/a Michael DeVaughn, Plaintiff—Appellant,

v.

Isaac JOHNSON, Jr., Assistant United States Attorney; J. Wesley Holbrook, Assistant United States Attorney, Defendants—Appellees.

No. 03–7943.

United States Court of Appeals, Fourth Circuit.

Submitted March 11, 2004.

Decided March 18, 2004.

Michael O. DeVaughn, Appellant pro se.

Before WIDENER, WILKINSON, and MICHAEL, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Michael O. DeVaughn appeals the district court's order denying relief on his motion to reconsider under Fed.R.Civ.P. 60(b). We have reviewed the record and find that DeVaughn failed to establish ground for relief under the Rule. *See* Fed. R.Civ.P. 60(b). Thus, we do not find that the district court abused its discretion in denying the motion. *United States v. Holland,* 214 F.3d 523, 527 (4th Cir.2000). Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*